THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CALDERON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for permission to appeal to the Court of Appeals denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

In the Matter of NEW YORK QUOTATION COMPANY, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE CATANZARO, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to November 1, 1959. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

In the Matter of the Claim of ALEXANDER SOKOLOFF, Respondent, against NEW YORK STATE DEPARTMENT OF LABOR et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Application by respondent carrier to withdraw motion to dismiss appeal granted, without costs. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

In the Matter of the Claim of ROSIE L. LUCAS, Appellant, against NEW YORK STATE DEPARTMENT OF PUBLIC WORKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before September 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

JOHN WATTAWA, Appellant, v. FREDERICO STALLFORTH, Defendant, and WOODSTOCK-WEBSTER CORPORATION, Respondent.— Motion to add case to the present term for argument granted. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

In the Matter of the Claim of TOBIAS SALCICCIA, Respondent, and WILLIAM L. CLAY, Appellant, against PSATY AND FUHRMAN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

In the Matter of JOSEPH HOLDRIDGE, SR., et al., Appellants, against EWALD B. NYQUIST, as Acting Commissioner of Education, et al., Respondents. — Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before September 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

JOHN TEBO, Appellant, v. HENRY A. FISCHER, JR., as District Attorney, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before September 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Bergan, J. P., Coon, Gibson and Reynolds, JJ., concur.

KIAMESHA CONCORD, INC., Respondent, v. MICHAEL J. HALPERN, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant